# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  24-cv-02918-CNS-MDB

WENDY LABREE-MASSON,

    Plaintiff,

v.

CUMULUS MEDIA, INC, a Delaware corporation,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER of United States District Judge Charlotte N. Sweeney issued on May 6, 2025, [ECF No. 12] it is

    ORDERED that the Recommendation of United States Magistrate Maritza Dominguez Braswell [ECF No. 11] is AFFIRMED and ADOPTED.  It is

    FURTHER ORDERED that all claims are DISMISSED WITH PREJUDICE.  It is

    FURTHER ORDERED that the case is closed.

Dated at Denver, Colorado this 6th day of May, 2025.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

       By:  s/   J. Dynes
          J. Dynes,
          Deputy Clerk